

United States Courts
Southern District of Texas
FILED

**United States Court of Appeals for the Fifth Circuit**

March 07, 2025

Nathan Ochsner, Clerk of Court

A True Copy
Certified order issued Mar 07, 2025

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

No. 24-20481

CAMERON BREWER,

*Plaintiff—Appellant,*

versus

HARRIS COUNTY, TEXAS,

*Defendant—Appellee.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:23-CV-1836

---

CLERK'S OFFICE:

Under 5TH CIR. R.42.3, the appeal is dismissed as of March 7, 2025, for want of prosecution. The appellant failed to timely file a brief and record excerpts.

No. 24-20481

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

*Melissa Mattingly*

By: _____
Melissa V. Mattingly, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

March 07, 2025

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

      No. 24-20481    Brewer v. Harris County, Texas
                             USDC No. 4:23-CV-1836

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Melissa V. Mattingly, Deputy Clerk
                              504-310-7719

cc w/encl:
      Mr. David James Batton
      Mr. James Carroll Butt
      Mr. Seth Barrett Hopkins